# United States Bankruptcy Court
## District of Nevada

Case No. <u>09–19940–mkn</u>

**Chapter 13**

In re: (Name of Debtor)
    LYNDA JO FOSTER
    31 REYBURN DRIVE
    HENDERSON, NV 89074

Social Security No.:

**NOTICE OF DISMISSAL;
NOTICE THAT ALL PENDING HEARINGS ARE VACATED**

On 9/8/09, the Bankruptcy Court for the District of Nevada entered an order dismissing this bankruptcy case. As a result, all pending hearings in the case, except any pending hearings on fee applications for Chapter 13 cases, are hereby vacated and will be taken off calendar without further notice. This notice does not affect the status of any adversary proceedings or any motions or matters that are pending in such adversary proceedings.

Dated: 9/8/09                                              BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court